DOCKET & FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE AIR CRASH NEAR NANTUCKET        **ORDER ADMITTING**
ISLAND, MASSACHUSETTS, ON             **COUNSEL PRO HAC VICE**
OCTOBER 31, 1999

Case No. 00-MDL-1344 (FB)(KAM)

-----------------------------------------------------------x

Upon the Motion of defendant Parker Hannifin Corporation, dated June 8, 2006, for an Order pursuant to Local Civil Rule 1.3(c) granting pro hac vice admission to Deborah Storey Simmons in connection with the above-captioned action, and upon consideration of this Motion and the affidavits in support thereof, it is hereby

ORDERED that Deborah Storey Simmons is admitted pro hac vice to the Bar of this Court for the purposes of appearance and participation in this action.

Dated: June 9, 2006

SO ORDERED:

_____
U.S.M.J.

DLI-6006595v1